# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PLEA HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

Philip Bruno (2)
Defendant.

**COURT MINUTES - CRIMINAL**

| | |
|---|---|
| Case No: | 02-295 (2) (JRT) |
| Date: | June 14, 2006 |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 2:10 pm |
| Time Concluded: | 2:37 pm |
| Time in Court: | 0 Hours & 27 Minutes |

Before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: John Marti
For Defendant: John Brink, John Gerdts 9 FPD 9 CJA 9 Retained : Appointed

PROCEEDINGS:

9 **Arraignment** on 9 Information, 9 Indictment
: **Change of Plea Hearing.**
9 **Initial Appearance.**
9 Indictment waived.
9 Defendant withdraws plea of as to Count(s):

: PLEA:
: Guilty as to Count(s): 15
9 "Nolo Contendere" as to Count(s):
9 Defendant admits allegations in the Information.

: Defendant advised of rights.
: Presentence Investigation and Report requested.
: Bond continued.

s/Jennifer Beck
Calendar Clerk