UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA, Plaintiff,

v.

HOWARD PINDYCK, Defendant.

CR. NO. 02-295(01) (JRT/RLE)

**CERTIFICATE OF SERVICE**

* * * * * * * * * * * *

I hereby certify that on August 18, 2006, I caused the following documents:

Motion for Extension of Presentence Report Briefing Schedule and Proposed Order

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

John Marti, Erica McDonald, Rebecca Chaiken, John Brink, Peter Wold, and Tom Kelly.

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

None

Dated: August 18, 2006.

Respectfully submitted,

s/Kevin J. Short
Kevin J. Short
Attorney for Defendant
150 South Fifth Street #3260
Minneapolis, MN 55402
Tel: (612) 333-9006
Attorney No. 100572