UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | DEFENDANT'S |
| Plaintiff, | ) | POSITION OF THE PARTIES |
| | ) | WITH RESPECT TO |
| vs. | ) | SENTENCING FACTORS |
| | ) | |
| Philip Bruno, | ) | |
| | ) | Criminal 02-295 (JRT) |
| Defendant. | ) | |

* * *

Defendant Philip Bruno, through his counsel, Daniel L. Gerdts, Esq., respectfully submits this position pleading with respect to sentencing factors.

ISSUES THAT REMAIN IN DISPUTE

Most of the objections to the presentence report have been resolved as of this time, and the probation officer who wrote the report has agreed to make the appropriate changes. There are some minor offense conduct issues that the probation officer has agreed to look into for verification, but these should not affect either the guideline determinations or the Court's decisions regarding sentencing. If these cannot be resolved, and they warrant the Court's attention, Defendant will raise them at the time of sentencing. The only issues remaining for the Court's consideration are addressed in the following disputed paragraphs of the presentence report.

Paras. 27-31: Defendant objects to these paragraphs in their entirety and to the methodology, underlying assumptions of, conclusions, and accuracy of the audit referenced in these paragraphs. The "estimate" of a presumed 49 percent denial rate based on so-called "independent

medical examinations" performed at the behest of interested parties (the insurance companies) is particularly suspect.

Para. 32: Defendant objects to this paragraph in its entirety with the exception that he agrees he was the owner of the clinics.

Para. 40: Same objection.

Para. 48: Same objection.

Para. 51: Defendant objects to the role enhancement as factually and legally unjustified.

Para. 54: Same objection, as this takes into account the inaccurate loss determination and role enhancement.

Para. 93: This paragraph is objected to for the same reasons already discussed above.

Para. 104: Same.

Dated: 22 September 2006

Respectfully submitted,

Brink & Gerdts, P.A.

s/*Daniel L. Gerdts*

Daniel L. Gerdts (#207329)
Suite 840
401 Second Avenue South
Minneapolis, Minnesota 55401
Telephone: (612) 371-0722

ATTORNEYS FOR DEFENDANT