CERTIFICATE OF SERVICE
United States v. Philip Bruno
File No. Criminal 02-295 (JRT)

I hereby certify that on 22 September 2006, I served, or caused to be served, the documents identified below on opposing counsel John R. Marti, AUSA, by electronically filing these documents with the Clerk of Court through standard ECF filing procedures, thereby causing him and all counsel to be served as ECF participants in this case:

Defendant Philip Bruno's Position of the Parties with Respect to Sentencing Factors

Dated: 22 September 2006

BRINK & GERDTS, P.A.

s/ Daniel L. Gerdts

Daniel L. Gerdts
No. 207329
Suite 840
401 Second Avenue South
Minneapolis, MN 55401