UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-295 (JRT)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>(1) HOWARD PINDYCK,<br>(2) PHILLIP BRUNO, and<br>(3) MICHAEL CZICHRAY.<br><br>Defendants. | ) | UNITED STATES MOTION<br>FOR EVIDENTIARY HEARING<br>PRIOR TO SENTENCING |

The United States of America, by and through its attorneys Rachel K. Paulose, United States Attorney for the District of Minnesota, and John R. Marti and Erica H. MacDonald, Assistant United States Attorneys, hereby moves the Court to hold an evidentiary hearing prior to sentencing. This motion is based on the following:

1. In June 2006, each of the above defendants pled guilty to Count 15 of the Superseding Indictment, charging him with aiding and abetting another in making a false statement relating to health care matters, in violation of 18 U.S.C. §§ 2 and 1035.

2. As a part of the plea agreements, the parties reserved the right to litigate the amount of loss attributable to the defendant's involvement in the fraudulent activity.

3. The Presentence Investigation Report as to each of the above defendants is completed. The PSR calculated the amount of loss to be more than $350,000 but not more than $500,000;

accordingly, each of the defendant's base offense level was increased by 9 levels.

4. Each of the above defendants has filed an objection to the PSR's calculation of the loss amount. Correspondingly, the United States has filed a position paper providing support for the loss figure arrived at by the PSR.

5. It is now time to sentence each of the above defendants. Before doing so, this Court must resolve the parties' dispute as to the loss amount.

6. Prior to sentencing, the United States intends to call two or three witnesses to provide evidence to the Court that will prove by a preponderance of evidence that the amount of loss was in excess of $400,000 and, thus, a nine level increase to the offense level pursuant to U.S.S.G. § 2F1.1(b)(1)(J) is appropriate.

Based on the foregoing, the United States respectfully requests this Court to hold an evidentiary hearing prior to sentencing the defendants to decide the disputed issue of the appropriate loss amount under § 2F1.1(b).

Dated: November 29, 2006

Respectfully Submitted,

RACHEL K. PAULOSE
United States Attorney

s/Erica H. MacDonald
FOR: ERICA H. MACDONALD
Assistant U.S. Attorney