# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | **COURT MINUTES - CRIMINAL** |
| v. | ) | Case No: 02-295(2) JRT/RLE |
| | ) | Date: 1/5/07 |
| | ) | Court Reporter: Kristine Mousseau |
| Phillip Bruno (2), | ) | Time Commenced: 9:55 a.m. |
| Defendant. | ) | Time Concluded: 4:30 p.m. |
| | ) | Time in Court: 4 Hours & 35 Minutes |

Before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: John Marti and FBI Agent Tom Thompson
For Defendant: John C. Brink 9 FPD : CJA 9 Retained 9 Appointed

: **Evidentiary Hearing**

: **Sentencing.**

IT IS ORDERED:
Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 15s of the superseding indictment | Guilty | | 15 months | | 3 years | | |

: Special conditions of : **See J&C for special conditions**

: Defendant sentenced to pay:
: Restitution in the amount of $226,678.00 jointly and severally.
: Special assessment in the amount of $100.00 to be paid.

: Plea and plea agreement accepted.
: Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
: Defendant will surrender to the custody of BOP on March 12, 2007 at 11:00 a.m.
: On Motion of the Gov't., the indictment is dismissed as to this defendant only.

s/LPH
Calendar Clerk